UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61920-CIV-SINGHAL

AKHIL AGRAWAL and
SUKRIT AGRAWAL,

    Plaintiffs,

v.

AMERICAN PURCHASING
SERVICES, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE FOR ADMINISTRATIVE PURPOSES

**THIS CAUSE** is before the Court on Defendant's Suggestion of Bankruptcy (DE [14]), representing that Defendant has filed a voluntary petition for bankruptcy. Because this matter is automatically stayed under 11 U.S.C. § 362, it is hereby

**ORDERED AND ADJDUGED** that the Clerk of Court shall **CLOSE THIS CASE** for administrative purposes only. Defendant must move to re-open this case within 14 days of obtaining relief from the stay or dismissal of the bankruptcy proceedings.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of February 2021.

                                            RAAG SINGHAL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF